UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY D. LONG,<br><br>    Plaintiff,<br><br>  v.<br><br>LAND O'LAKES, INC.,<br>and DOES 1 to 25<br><br>    Defendants.<br>_____/ | Case No. 1: 13-cv-00195-AWI-BAM<br><br>**ORDER AFTER SETTLMENT** |

    The parties have filed a Joint Notice of Settlement indicating that a settlement has been reached. (Doc. 16). The parties also represent that due to complications with Medicare reimbursement, the parties require an amount of time greater than proscribed in Local Rule 160(b) to file appropriate papers to dismiss this action. Having considered the representations in the parties' Joint Notice of Settlement, this Court ORDERS the parties, no later than **October 24, 2014,** to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

    Dated: **July 24, 2014**     /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28