Sean T. O'Rourke, Esq.; SBN 199420
PETRIE, DORFMEIER & MORRIS, LLP
2014 Tulare Street, Suite 830
Fresno, California 93721
Telephone (559) 498-6522
Facsimile (559) 498-6516

Lawrence E. DeWitt, Esq; SBN 199115
THE LAW OFFICE OF LAWRENCE E. DeWITT
Post Office Box 308
Sultana, California 93666
Telephone (559) 908-7772
Facsimile (559) 553-4780

Attorneys for Defendant, LAND O'LAKES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY D. LONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC., and DOES 1 to 25,<br><br>　　　　Defendants. | Case No. 1:13-cv-00195-AWI-BAM<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

　　　　Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff, JERRY D. LONG and defendants, LAND O'LAKES, INC., enter this Voluntary Stipulation of Dismissal with Prejudice, of this action with each party to bear its own costs and attorney fees.

　　　　Respectfully submitted this 27th day of August, 2014.

　　　　　　　　　　　　LAW OFFICES OF DAVID L. MILLIGAN

　　　　　　　　　　　　By /s/ David L. Milligan
　　　　　　　　　　　　　　David L. Milligan
　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　JERRY D. LONG


　　　　　　　　　　　　PETRIE, DORFMEIER & MORRIS, LLP

　　　　　　　　　　　　By /s/ Sean T. O'Rourke
　　　　　　　　　　　　　　Sean T. O'Rourke
　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　LAND O'LAKES, INC.

///

1

STIPULATION AND ORDER OF DISMISSAL
[Fed. R. Civ. P. Rule 41(a)(1)(ii)]

FILED
AUG 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

H:\09415\70558\PLEADIN GS\Dismissal Stip & Order.wpd

1  IT IS SO ORDERED that the Complaint filed by plaintiff, JERRY D. LONG
2  in Case No. 1:13-cv-00195-AWI-BAM against defendant, LAND O'LAKES, INC., be
3  dismissed with prejudice, each side and/or party to bear their own attorneys' fees and
4  costs.
5  DATED: Aug. 28, 2014.

By: _____
Honorable Anthony W. Ishii
Judge of the United States District Court
In and for the Eastern District of California